IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMISA ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:14-CV-01375-WSD |
| vs., | ) |
| | ) |
| ALLCONNECT, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims and counterclaims asserted therein and with each party to bear their own costs and fees, is dismissed with prejudice.

Respectfully submitted, this 31st day of October, 2014.

| | |
|---|---|
| */s/Louis R. Cohan* | */s/Matthew R. Simpson* |
| Louis R. Cohan | Calvin R. Wright |
| Georgia Bar No. 173357 | Georgia Bar No. 672501 |
| Michelle L. Wein | Matthew R. Simpson |
| Georgia Bar No. 385424 | Georgia Bar No. 540260 |
| COHAN LAW GROUP, LLC | FISHER & PHILLIPS LLP |
| 3340 Peachtree Road, Suite 580 | 1075 Peachtree Street NE |
| Atlanta, Georgia 30326 | Suite 3500 |
| Tel: 404-891-1770 | Atlanta, Georgia 30309 |
| Fax: 404-891-5094 | Tel: 404-231-1400 |
| lcohan@cohanlawgroup.com | Fax: 404-240-4249 |
| mwein@cohanlawgroup.com | cwright@laborlawyers.com |
| | msimpson@laborlawyers.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |